IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LAURA JOHNSON-PRICE,           )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         2:07cv568-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
     Defendants.               )

ORDER

    It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

    DONE, this the 10th day of July, 2007.


                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE