IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LAURA JOHNSON-PRICE,          )
                              )
    Plaintiff,                )
                              )          CIVIL ACTION NO.
    v.                        )           2:07cv568-MHT
                              )
ALABAMA DEPARTMENT OF         )
HUMAN RESOURCES, et al.,      )
                              )
    Defendants.               )

ORDER

It is ORDERED that the motion for extension of time

(Doc. No. 21) is granted as requested.

DONE, this the 2nd day of November, 2007.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE