IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LAURA JOHNSON-PRICE,        )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:07cv568-MHT
                            )
ALABAMA DEPARTMENT OF       )
HUMAN RESOURCES, et al.,    )
                            )
    Defendants.             )

ORDER

Upon consideration of the first amended complaint (Doc. No. 23), it is ORDERED as follows:

(1) The motion to dismiss and alternative motion for more definite statement (Doc. No. 18) are denied.

(2) Defendants are allowed until November 27, 2007, to respond to the first amended complaint (Doc. No. 23).

DONE, this the 16th day of November, 2007.


                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE