IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LAURA JOHNSON-PRICE,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-CV-568-MHT** |
| ) | |
| **DEPARTMENT OF** ) | |
| **HUMAN RESOURCES, et al.,** ) | |
| ) | |
| *Defendants.* ) | |

### DEFENDANTS' MOTION FOR A TEN DAY EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT

COME NOW, Defendants in the above-style matter, and respectfully request this Court grant a ten (10) day extension of time for Defendants to answer Plaintiff's Amended Complaint. In support of this Motion, Defendants state the following:

1.  On August 30, 2007, this Court entered an Order requiring Plaintiff to respond to Defendants' recently filed Motion to Dismiss on or before November 2, 2007. On October 31, 2007, Plaintiff filed a Motion for an Extension of time in which to respond to Defendants' motion. On November 2, 2007, the Court granted Plaintiff's motion for a ten (10) day extension. Plaintiff then filed her Amended

1

Complaint on November 13, 2007.[1]  On November 16, 2007, the Court entered an Order allowing Defendants until November 27, 2007, to answer Plaintiff's Amended Complaint.

2. As a result of Plaintiff's ten day extension, the time for Defendants to answer Plaintiff's Amended Complaint in this and one other DHR case is just after the Thanksgiving holidays.  In addition, the Amended Complaint has numerous factually specific allegations, which will require an extensive amount of time in which to respond.  Defendants simply request an extension of time equal to the time of Plaintiff's previously granted extension.

3. Defendants have contacted Plaintiff's counsel and he does not oppose this extension.

**WHEREFORE**, premises considered, Defendants respectfully request a ten (10) day extension from November 27, 2007, until December 7, 2007, in which to file their Answer to Plaintiff's Amended Complaint.

---

[1] Per the ten day extension, Plaintiff's motion was due on November 12, 2007, however, the deadline was moved to November 13, 2007, as November 12, 2007, was Veterans Day, a federal holiday.

                                          Respectfully submitted,

                                          /s/ Abigail H. Avery

                                          Warren B. Lightfoot, Jr.
                                          John B. Holmes, III
                                          Abigail H. Avery
                                          Attorneys for the Defendants
                                          Department of Human Resources and
                                          Dr. Page Walley, Commissioner

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email:      wlightfoot@maynardcooper.com
            jholmes@maynardcooper.com
            aavery@maynardcooper.com


Sharon E. Ficquette
DEPARTMENT OF HUMAN RESOURCES
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone:  (334) 242-9330


Alice Ann Byrne, Esq.
Attorney for Defendants: State Personnel Department,
       and Jackie Graham, Director of State Personnel Board
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

For the Plaintiff:

Russell W. Adams, Esq.
Rocco Calamusa, Jr., Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204


                               /s/ Abigail H. Avery
                                  Of Counsel