IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA JOHNSON-PRICE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv568-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the notice of appearance and substitution of counsel (Doc. No. 27) is treated as a motion to substitute and said motion is granted.

DONE, this the 4th day of December, 2007.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE