IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA JOHNSON-PRICE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION No:2:07cv568-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| HUMAN SERVICES, et al., | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

Comes now the undersigned, Richard J. Ebbinghouse, and files his Notice of Appearance, as additional counsel of record for plaintiff, Laura Johnson-Price.

    Respectfully submitted,

    /s/ Richard J. Ebbinghouse
    Richard J. Ebbinghouse
    Counsel for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.


             /s/ Richard J. Ebbinghouse
             Richard J. Ebbinghouse
             Counsel for the Plaintiff