IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA JOHNSON-PRICE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 07 cv 568-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW Keith S. Miller, Esq., of Wilkerson & Bryan, P.C., and hereby files his notice of appearance as counsel of record on behalf of the Defendants State of Alabama Personnel Department and Jackie Graham, in her official capacity, in the above-styled cause.

Respectfully submitted on this 15th day of April, 2008.

    /s Keith S. Miller
Keith S. Miller (MIL080)
Attorney for the Defendants
State of Alabama Personnel Board
and Jackie Graham in her Official Capacity

OF COUNSEL:
**WILKERSON & BRYAN, P.C.**
P.O. Box 830
405 South Hull Street
Montgomery, Alabama  36101-0830
(205) 265-1500
(334) 265-0319 – fax
keith@wilkersonbryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
>Russell W. Adams, Esq.
>Rocco Calamusa, Jr., Esq.
>WIGGINS CHILDS QUINN & PANTAZIS, P.C.
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203-3204

For Defendants Department of Human Resources and Tony Petelos, Commissioner:
>Warren B. Lightfoot, Jr., Esq.
>John B. Holmes, III, Esq.
>Abigail H. Avery, Esq.
>MAYNARD COOPER & GALE, PC
>1901 Sixth Avenue North
>2400 AmSouth/Harbert Plaza
>Birmingham, AL  35203-2618

>Sharon F. Ficquette, Esq.
>DEPT. OF HUMAN RESOURCES
>Legal Office
>P. O. Box 304000
>Montgomery, AL  36130-4000

For Defendants State of Alabama, Governor Fob James, and State Personnel Department
>Alice Ann Byrne
>State Personnel Department
>Legal Division
>Folsom Administrative Building
>64 North Union Street ~ Suite 316
>Montgomery, AL  36130
>(334) 242-3451
>(334) 353-4481 fax

           /s/  Keith S. Miller
           Of Counsel