IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LAURA JOHNSON-PRICE,         )
                             )
    Plaintiff,                )
                             )         CIVIL ACTION NO.
    v.                       )           2:07cv568-MHT
                             )               (WO)
ALABAMA DEPARTMENT OF        )
HUMAN RESOURCES, et al.,     )
                             )
    Defendants.              )
```

ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) The motions for summary judgment submitted by defendants Alabama Department of Human Resources and Nancy Buckner (doc. no. 45) and defendants Alabama State Personnel Department and Jackie Graham (doc. no. 48) are granted as to the defense of Eleventh Amendment immunity

and unnecessary parties and as to plaintiff Laura Johnson-Price's race discrimination claims.

(2) Judgment is entered in favor of defendants Alabama Department of Human Resources, Nancy Buckner, Alabama State Personnel Department, and Jackie Graham, and against plaintiff Johnson-Price, with plaintiff Johnson-Price taking nothing, as to the defense of Eleventh Amendment immunity and unnecessary parties and her race discrimination claims.

(3) The defendants' motions for summary judgment are denied as to plaintiff Johnson-Price's retaliation claims, with leave for defendants Alabama Department of Human Resources and Buckner to renew the motions as to these claims within 35 days.  If defendants Alabama Department of Human Resources and Buckner fail to renew the motions as to the retaliations claims within this time-frame, the claims will be set for trial.

(4) As there are no claims remaining against defendants Alabama State Personnel Department and Graham, said defendants are dismissed with prejudice.

DONE, this the 30th day of March, 2010.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE