IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAURA JOHNSON-PRICE CLEMONS, ) ) ) Plaintiff, ) ) v. ) ) ) ALABAMA DEPARTMENT OF ) HUMAN RESOURCES and ) NANCY T. BUCKNER, ) ) Defendants. ) | CIVIL ACTION NO. 2:07cv568-MHT (WO) |

**NOTICE**

The opinion and order on the pending summary-judgment motion will issue within a week.

DONE, this the 14th day of January, 2020.

      /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**